UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CYNTHIA FAJARDO,<br><br>                              Plaintiff,<br><br>   vs.<br><br>PIERCE COUNTY, a political subdivision of the State of Washington; and PIERCE COUNTY SHERIFF'S DEPARTMENT, a department of Pierce County,<br><br>                              Defendants. | NO. C08-5136 RBL<br><br>ORDER GRANTING DEFENDANTS' RULE 35 MOTION |

THIS MATTER coming on to be heard before the undersigned Judge of the above entitled Court based upon the motion of defendant Pierce County for an order requiring an examination of plaintiff pursuant to Rule 35; and the Court having reviewed the records and files in this case and being otherwise fully advised in the premises it is hereby;

ORDERED, ADJUDGED AND DECREED that defendants' Rule 35 motion for an independent medical examination of plaintiff by a psychologist is GRANTED. It is further;

ORDERED, ADJUDGED AND DECREED that plaintiff, subject to the provisions of previously entered Protective Orders dealing with the production of confidential records, shall

1

cooperate in a psychological examination by Dr. Gerald Rosen, Ph.D., on April 1, 2009 and April 9, 2009 at 2825 EASTLAKE CENTER, SUITE 205, Seattle, Washington.

DONE IN OPEN COURT this 26th day of March, 2009.

*signature*

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by:

s/ DANIEL R. HAMILTON
DANIEL R. HAMILTON
State Bar Number 14658
Pierce County Prosecutor / Civil
955 Tacoma Avenue South, Suite 301
Tacoma, WA 98402-2160
Ph: 253-798-7746 / Fax: 253-798-6713
E-mail: dhamilt@co.pierce.wa.us